Matter of Rose (2025 NY Slip Op 00515)

Matter of Rose

2025 NY Slip Op 00515

Decided on January 30, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 30, 2025

PM-30-25
[*1]In the Matter of Alfred Otis Rose, an Attorney. (Attorney Registration No. 5250097.)

Calendar Date:January 27, 2025

Before:Egan Jr., J.P., Aarons, Pritzker, Fisher and Mackey, JJ.

Alfred Otis Rose, Swampscott, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Alfred Otis Rose was admitted to practice by this Court in 2014 and lists a business address in Boston, Massachusetts with the Office of Court Administration. Rose now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Rose's application.
Upon reading Rose's affidavit sworn to December 3, 2024 and filed December 5, 2024, and upon reading the January 16, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Rose is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Aarons, Pritzker, Fisher and Mackey, JJ., concur.
ORDERED that Alfred Otis Rose's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Alfred Otis Rose's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Alfred Otis Rose is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Rose is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Alfred Otis Rose shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.